# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DORLIA WILSON, AS NEXT FRIEND MINOR CHILD, W.B., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| OTTAWA U.S.D. 290, ET AL., | ) ) ) |
| Defendants. | ) |

Case No. 2:24-cv-02375-EFM-RES

## NOTICE OF APPEAL OF ORDER DENYING
## MOTION TO DISMISS BASED ON QUALIFIED IMMUNITY

Defendants, Charlie Stoltenberg, Patrice Peoples, Harold Wingert, Chris Cunningham, Julie Dandreo, Malydia Payne, Glendy Spigle, Susan Ward, Ryan Cobbs, and April Jarboe, pursuant to Fed. R. App. P. 3 and 4, appeal to the United States Court of Appeals for the Tenth Circuit from the Memorandum and Order [Doc. 45] regarding their Partial Motion to Dismiss [Doc. 38], entered on July 30, 2025 denying Defendants qualified immunity.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

 /s/Alex S. Gilmore
Andrew D. Holder          KS #25456
Alex S. Gilmore           KS #27334
9393 W. 110th St., Suite 300
Overland Park, Kansas 66210
(913) 339-6757; Fax: (913) 660-7919
AHolder@FPSSLaw.com
AGilmore@FPSSLaw.com
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I certify that on August 13, 2025, I electronically filed the foregoing with the Court and that an electronic notice of filing and a copy of the foregoing will automatically be sent to:

Barry R. Grissom
Jacob D. Miller
GRISSOM MILLER LAW FIRM, LLC
1600 Genessee St., Suite 460
(816) 336-1213
barry@grissommiller.com
jake@grissommiller.com

Theodore J. Lickteig
LICKTEIG LAW FIRM, LLC
12760 W 87th St. Suite 112
Lenexa, KS 66215
(913) 894-1090
ted@lickteiglaw.com

ATTORNEYS FOR PLAINTIFF

                                                    /s/Alex S. Gilmore
                                                    Alex S. Gilmore